07-412-M-01

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MARYLAND 06-M-673SKG

2006 APR 25 10:20

| UNITED STATES OF AMERICA vs. | Violation Notice Number(s) | Violation Date(s) |
|---|---|---|
| JOHNSON, DANIEL JR | A1471507 MD81 | 11/13/2005 |
| Defendant | DRIVE W/SUSPENDED LIC | |

FILED
AUG 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FAILURE TO APPEAR FOR INITIAL APPEARANCE ON 4/21/06.

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

- Collateral in the Amount of $ APPEARANCE REQUIRED may be Forfeited in Lieu of Appearance.

Date 4/24/06

*United States Magistrate Judge*
SUSAN K GAUVEY

RETURN

| RECEIVED | DATE | LOCATION |
|---|---|---|
| | | |

*EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.*

| DATE | LOCATION |
|---|---|
| 8/16/07 | DC. District Court House |

Name Gary W Duncan Title DUSM District 016

Date 8/16/07 Signature

07-412-M-01

# United States District Court Violation Notice

Loc. Code: MD 81

Violation No.: A1471507

Officer Name: SGT Scales

Officer No.: S-2797

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 13Nov05 / 1601

Offense Charged: 16-303 (c)

Place of Offense: Ft. Meade Gr. | MD 32 & Mapes Rd

Offense Description: person driving motor veh. on (hwy, public use property) on suspended lic and privilege

Defendant's Last Name: Johnson Jr.

First Name: Daniel

M.I.: NMN

Vehicle Tag State: MD | Year: 98 | Vehicle Make: LINC | Vehicle Color: GREEN

A1471507

A [X] YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS

B [ ] YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS

____ I wish to terminate this matter by paying the collateral shown below, enclosed

____ I plead not guilty and promise to appear as required

YOUR COURT DATE

Court Address: TBA

Date: TBA

Time: TBA

Collateral (fee): MA

For payment by credit card, SEE INSTRUCTIONS

DD FORM 1805, SEP 1996 — Original - CVB Copy — Previous edition is obsolete

(Accountable upon issuance to the offender and to be placed in the Appropriate Central Violations Bureau (Magistrate Court))

FILED

AUG 16 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

I state that on 13 Nov 05 while exercising my duties as a law enforcement officer in the Ft. Meade District of MD

I was dispatched to Ft Meade Gate 1 for a DL check on a person who tried to get access to Ft. Meade. After running DL same came back suspended. Johnson was compliant and suspected.

The foregoing statement is based upon:

[ ] my personal observation

[X] my personal investigation

[X] information supplied to me from my fellow officer's observation

[ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 13Nov05 (Date) [signature] (Officer's Signature)

Probable cause has been stated for the issuance of a warrant.

Executed on: ____ (Date) ____ (U.S. Magistrate Judge)

DD FORM 1805 (BACK), SEP 1998

CVB Scan 11/21/2005 16:39:23